Chris R. Baniszewski, State Bar No. 015617
**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:   cbaniszewski@warnerangle.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER G. THOMAS, a single man,<br><br>                              Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>                              Defendant. | No. 2:13-cv-00785-ROS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through undersigned counsel, hereby stipulate that the *Complaint* in the above-referenced action may be dismissed with prejudice, each party to bear their own attorneys' fees and costs. The proposed *Order Dismissing Case with Prejudice* is lodged contemporaneously herewith.

Dated this 15th day of August, 2013.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By: /s/ Chris R. Baniszewski
   2555 East Camelback Rd., Suite 800
   Phoenix, Arizona  85016
   *Attorney for Plaintiff*

OGLETREE DEAKINS NASH
SMOAK & STEWART, PC


By /s/ F. David Harlow
    Jim Mackie
    F. David Harlow
    3430 E. Sunrise Dr., Suite 220
    Tucson, Arizona  85718
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2013, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing.

By /s/ Luci Roff