IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter G. Thomas, ) | No. CV-13-00785-PHX-ROS |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Metropolitan Life Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (**Doc. 11**), and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

DATED this 23rd day of August, 2013.

_____
Roslyn O. Silver
Chief United States District Judge